# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA FOSTER and JENNIFER SCHULTZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>SMARTYPANTS, INC., d/b/a SMARTYPANTS HEALTHY MINDS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 7:21-cv-06430-PMH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed by and between the parties that the time for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended up to and including November 5, 2021.

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
973.597.2500

*Attorneys for Defendant*


 s/ Reynold Lambert
Reynold Lambert

Dated: September 27, 2021

**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
646.837.7150

*Attorneys for Plaintiffs*


s/ Frederick J. Klorczyk III
Frederick J. Klorczyk III

Dated: September 27, 2021


**SO ORDERED.**

Dated: September 28, 2021

_____
HON. PHILIP M. HALPERN, U.S.D.J.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 8