# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA FOSTER and JENNIFER SCHULTZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SMARTYPANTS, INC., d/b/a SMARTYPANTS HEALTHY MINDS, INC.<br><br>      Defendant. | Civil Action No.: 7:21-cv-06430-PMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Brianna Foster and Jennifer Schultz (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby dismiss their claims against Defendant SmartyPants, Inc., d/b/a SmartyPants Healthy Minds, Inc. ("SmartyPants" or "Defendant") with prejudice.  Each party shall bear its own costs and attorneys' fees, and waives any right of appeal.

Dated: October 26, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
   Neal J. Deckant

Neal J. Deckant
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

*Attorneys for Plaintiffs and the Putative Class*